ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
**GORDON & REES LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300/ Facsimile: (702) 255-2858
Email:  rschumacher@gordonrees.com
           lbinowitz@gordonrees.com

*Attorneys for Defendant*
*TIM KILBRAI*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual, BUD ZUKALOFF, an individual, METAL JEANS, INC., a Nevada Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PAULA BLYSCHAK, LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, TIM KILBRAI, AMIR A. FAZEL, AMAN WALLIA, JACQUI ROSS, ANDREA MOSHER, all individuals, COWLEY AND COMPANY LAW FIRM, and DOES I – X Inclusive, and ROE BUSINESS ENTITIES I – X inclusive<br><br>　　　　　　　Defendants. | CASE NO. 2:16-cv-01588-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TIM KILBRAI TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |

　　　Pursuant to LR 7-1, Plaintiffs Gary Topolewski, Bud Zukaloff and Metal Jeans, Inc. ("Plaintiffs'"), by and through their counsel, Joel Hansen, Esq. of the law firm of Cooper Levenson, P.A. and Defendant Tim Kilbrai ("Defendant"), by and through his counsel, Robert E. Schumacher, Esq. and Liane S. Binowitz, Esq. of the law firm Gordon & Rees Scully Mansukhani LLP ("GR"), hereby stipulate and agree to an extension of Defendant's response to Plaintiffs' Complaint filed on July 5, 2016. Defendant's response is currently due on July 28, 2016 and pursuant to this Stipulation, will be continued to August 15, 2016.

/ / /

Said continuance is being stipulated to in order to give Defendant, Tim Kilbrai, adequate time to respond to Plaintiffs' Complaint in light of GR's recent retention. There have been no previous continuances or extensions requested regarding the filing of Defendant's response.

| | |
|---|---|
| Dated this 20th day of July 2016. | Dated this 20th day of July 2016. |
| COOPER LEVENSON, P.A. | GORDON & REES LLP |
| /s/ Joel F. Hansen | /s/ Liane S. Binowitz |
| Joel F. Hansen, Esq. | Robert E. Schumacher, Esq. |
| Nevada Bar No. 1876 | Nevada Bar No. 7504 |
| 1835 Village Center Circle | Liane S. Binowitz, Esq. |
| Las Vegas, NV 89134 | Nevada Bar No. 7482 |
| Tel: (702) 366-1125/Fax: (702) 366-1857 | 300 South Fourth Street, Suite 1550 |
| jfhansen@cooperlevenson.com | Las Vegas, NV 89101 |
| *Attorney for Plaintiffs* | Tel: (702) 577-9300/Fax: (702) 255-2858 |
| | rschumacher@gordonrees.com |
| | lbinowitz@gordonrees.com |
| | *Attorneys for Defendant* |
| | *Tim Kilbrai* |

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2016