JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
jfhansen@cooperlevenson.com
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
*Attorney for Plaintiffs,*
GARY TOPOLEWSKI, BUD ZUKALOFF,
and METAL JEANS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual, BUD ZUKALOFF an individual, METAL JEANS, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAULA BLYSCHAK, LEE A. COWLEY, , , JOSHUA WOODS, VIVIAN CHEUNG, TIM KILBRAI, AMIR A. FAZEL, AMAN WALLIA, JACQUI ROSS, ANDREA MOSHER, all individuals, COWLEY and COMPANY LAW FIRM, and DOES I – X inclusive, and ROE BUSINESS ENTITIES I – X inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01588<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, AND COWLEY AND COMPANY LAW FIRM'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT (SECOND REQUEST)**<br><br>ECF No. 15, 17 |

IT IS HEREBY STIPULATED by and between Plaintiffs GARY TOPOLEWSKI, BUD ZUKALOFF, and METAL JEANS, INC. (hereinafter "Plaintiffs") by and through their attorney of record Joel F. Hansen, Esq. of COOPER LEVENSON, P.A., and Defendants LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHUENG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, and COWLEY AND COMPANY LAW FIRM (hereinafter "Defendants") by

and through their attorney of record, Katherine A. Manthei, Esq. of JOHN H. COTTON & ASSOCIATES, LTD., as follows:

WHEREAS, the parties agreed to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss which is currently due on Friday, August 26, 2016.

WHEREAS, the parties agreed to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss on or before September 2, 2016.

IT IS SO STIPULATED:

DATED this 24th day of August, 2016.　　　DATED this 24th day of August, 2016.

BY: _____　　　BY: _____
JOEL F. HANSEN, ESQ.　　　　　　　　KATHERINE MANTHEI, ESQ.
Nevada Bar No. 1876　　　　　　　　　Nevada Bar No. 13717
COOPER LEVENSON, P.A.　　　　　　JOHN H. COTTON & ASSOCIATES
1835 Village Center Circle　　　　　　　7990 W. Sahara Ave.
Las Vegas, NV 89134　　　　　　　　　Las Vegas, NV 89117
Attorney for Plaintiffs　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　*Lee A. Cowley, Joshua Woods, Vivian Cheung, Amir A. Fazel, Aman Wallia, Jacqui Ross, Andrea Mosher, and Cowley & Company*

### ORDER

IT IS HEREBY ORDERED, that the Stipulation of the parties is hereby GRANTED. Plaintiffs' time to respond to Defendants' Motion to Dismiss Plaintiffs' Complaint is hereby extended to September 2, 2016 [ECF No. 17]. The First Stipulation [ECF No. 15] is DENIED as moot.

_____
Jennifer Dorsey
U.S. District Judge
August 24, 2016

CLAC 3694928.1