JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
**COOPER LEVENSON, P.A.**
1835 Village Center Circle
Las Vegas, NV 89134
jfhansen@cooperlevenson.com
Telephone: (702) 366-1125
Facsimile: (702) 366-1857
*Attorney for Plaintiffs,*
GARY TOPOLEWSKI, BUD ZUKALOFF,
and METAL JEANS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual, BUD ZUKALOFF an individual, METAL JEANS, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAULA BLYSCHAK, LEE A. COWLEY, , , JOSHUA WOODS, VIVIAN CHEUNG, TIM KILBRAI, AMIR A. FAZEL, AMAN WALLIA, JACQUI ROSS, ANDREA MOSHER, all individuals, COWLEY and COMPANY LAW FIRM, and DOES I – X inclusive, and ROE BUSINESS ENTITIES I – X inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01588<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT TIM KILBRAI'S MOTION TO QUASH SERVICE OF PROCESS OR ALTERNATIVELY, TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>ECF No. 16 |

IT IS HEREBY STIPULATED by and between Plaintiffs GARY TOPOLEWSKI, BUD ZUKALOFF, and METAL JEANS, INC. (hereinafter "Plaintiffs") by and through their attorney of record Joel F. Hansen, Esq. of COOPER LEVENSON, P.A., and Defendant TIM KILBRAI (hereinafter "Defendant") by and through his attorney of record, Liane Binowitz, Esq. of GORDON & REES, as follows:

WHEREAS, the parties agreed to extend the deadline for Plaintiffs to respond to Defendant's Motion to Quash Service of Process or Alternatively to Dismiss Plaintiffs' Complaint which is currently due on September 1, 2016.

WHEREAS, the parties agreed to extend the deadline for Plaintiffs to respond to Defendant's Motion to Quash Service of Process or Alternatively Motion to Dismiss Plaintiffs' Complaint on or before September 8, 2016.

IT IS SO STIPULATED:

DATED this 23rd day of August, 2016.

BY: _____
JOEL F. HANSEN, ESQ.
Nevada Bar No. 1876
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, NV 89134
*Attorney for Plaintiffs*

DATED this 23 day of August, 2016.

BY: _____
LIANE BINOWITZ, ESQ.
Nevada Bar No. 7482
GORDON & REES
300 South 4th Street, Ste. 1550
Las Vegas, NV 89101
*Attorneys for Defendant
Tim Kilbrai*

## ORDER

IT IS HEREBY ORDERED, that the Stipulation of the parties is hereby GRANTED. Plaintiffs' time to respond to Defendant's Motion to Quash Service of Process or Alternatively to Dismiss Plaintiffs' Complaint [ECF No. 12] is extended to September 8, 2016 [ECF No. 16].

_____
Jennifer Dorsey
U.S. District Judge
August 24, 2016

CLAC 3694967.1