1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

GARY TOPOLEWSKI, et al.,                     )
                                             )       Case No. 2:16-cv-01588-JAD-NJK
11                              Plaintiff(s),  )
                                             )
12   vs.                                      )       ORDER
                                             )
13   PAULA BLYSCHAK, et al.,                   )       (Docket Nos. 30, 31)
                                             )
14                              Defendant(s). )
                                             )
15   _____)

16          Pending before the Court are a proposed discovery plan and a stipulation to delay initial

17   disclosures. Docket Nos. 30, 31. The parties seek to stay their discovery obligations pending resolution

18   of certain pending motions. *See* Docket No. 30 at 2-3; Docket No. 31 at 2-3. The pendency of a

19   dispositive motion, standing alone, is not grounds for parties to delay their discovery obligations. "The

20   Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a

21   potentially dispositive motion is pending." *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D.

22   Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011)). Instead, such

23   a delay in discovery requires a showing that the relevant standards have been satisfied. *See, e.g.*, *Kor*

24   *Media*, 294 F.R.D. at 581 (outlining standards). In this case, those standards have not been addressed.

25          Accordingly, the proposed discovery plan and stipulation to delay initial disclosures are

26   **DENIED** without prejudice. A further proposed discovery plan shall be submitted by no later than

27   September 30, 2016. To the extent a delay is sought pending resolution of any motion, the proper

28

standards must be addressed.  Otherwise, the proposed discovery plan shall omit any reference to delaying discovery on that basis.

      IT IS SO ORDERED.

      DATED: September 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge