SAO
JOHN H. COTTON, ESQ.
Nevada Bar Number 5268
jhcotton@jhcottonlaw.com
KATHERINE A. MANTHEI, ESQ.
Nevada Bar Number 13717
kmanthei@jhcottonlaw.com
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone: (702) 832-5909
Facsimile: (702) 832-5910
*Attorneys for Lee A. Cowley, Joshua Woods, Vivian Cheung, Amir A. Fazel, Aman Walia, Jacqui Ross, Andrea Mosher, and Cowley and Company Law Firm*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual, BUD ZUKALOFF, METAL JEANS, INC., a Nevada Corporation,<br><br>    Plaintiffs,<br>vs.<br><br>PAULA BLYSCHAK, LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, TIM KILBRAI, AMIR A. FAZEL, AMAN WALLIA, JACQUI ROSS, ANDREA MOSHER, all individuals, COWLEY and COMPANY LAW FIRM, and DOES 1 – X inclusive, and ROE BUSINESS ENTITIES 1 – X inclusive,<br><br>    Defendants. | CASE NO.: 2:16-CV-01588-JAD-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, AND COWLEY AND COMPANY LAW FIRM TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT (FIRST REQUEST)<br><br>ECF No. 34 |

…

…

IT IS HEREBY STIPULATED by and between Defendants LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, and COWLEY AND COMPANY LAW FIRM (hereinafter "Defendants") by and through their attorneys of record, JOHN H. COTTON & ASSOCIATES, LTD., and Plaintiffs GARY TOPOLEWSKI and METAL JEANS, INC. (hereinafter "Plaintiffs) by and through their attorneys of record, COOPER LEVENSON, P.A., as follows:

WHEREAS, the Complaint at issue was filed on July 5, 2016;

WHEREAS, Defendants filed a Motion to Dimiss Plaintiffs' Complaint on August 3, 2016;

WHEREAS, Plaintiffs filed an Opposition to Defendant's Motion to Dismiss on September 2, 2016;

WHEREAS, Defendants respectfully requested an extension of time to file their Reply in Support of Motion to Dismiss Plaintiffs' Complaint due to a docketing error, and Plaintiffs graciously agreed;

WHEREAS, this extension will not affect the Novermber 7, 2016 hearing for Defendants' Motion to Dismiss;

WHEREAS, all parties stipulate to extend the time for Defendants to file their Reply in Support of Motion to Dismiss Plaintiffs' Complaint until October 7, 2016.

**IT IS SO STIPULATED.**

Dated this this 28th day of September 2016

Dated this this 28th day of September 2016

By: /e/ *Katherine A. Manthei*
    JOHN H. COTTON, ESQ.
    Nevada Bar Number 5268
    KATHERINE A. MANTHEI, ESQ.
    Nevada Bar Number: 13717
    JOHN H. COTTON & ASSOCIATES, LTD.
    7900 West Sahara Avenue, Suite 200
    Las Vegas, Nevada 89117
    *Attorneys for Lee A. Cowley, Joshua Woods, Vivian Cheung, Amir A. Fazel, Aman Walia, Jacqui Ross, Andrea Mosher, and Cowley and Company Law Firm*

By: /e/ *Joel F. Hansen*
    JOEL F. HANSEN, ESQ.
    Nevada Bar Number 1876
    COOPER LEVENSON, P.A.
    1835 Village Center Circle
    Las Vegas, Nevada 89134
    *Attorney for Plaintiffs Gary Topolewski and Metal Jeans, Inc.*

**ORDER**

IT IS HEREBY ORDERED, that the Stipulation of the parties is hereby GRANTED. Defendants time to file a Reply in Support of Motion to Dismiss Plaintiffs' Complaint is hereby extended. Defendants shall file their pleading on or before October 7, 2016.

9/29/16

_____
United States District Judge