SAO
JOHN H. COTTON, ESQ.
Nevada Bar Number 5268
jhcotton@jhcottonlaw.com
KATHERINE A. MANTHEI, ESQ.
Nevada Bar Number 13717
kmanthei@jhcottonlaw.com
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
Telephone: (702) 832-5909
Facsimile: (702) 832-5910
*Attorneys for Lee A. Cowley, Joshua Woods, Vivian Cheung, Amir A. Fazel, Aman Walia, Jacqui Ross, Andrea Mosher, and Cowley and Company Law Firm*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY TOPOLEWSKI, an individual, BUD ZUKALOFF, METAL JEANS, INC., a Nevada Corporation,<br><br>Plaintiffs,<br>vs.<br><br>PAULA BLYSCHAK, LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, TIM KILBRAI, AMIR A. FAZEL, AMAN WALLIA, JACQUI ROSS, ANDREA MOSHER, all individuals, COWLEY and COMPANY LAW FIRM, and DOES 1 – X inclusive, and ROE BUSINESS ENTITIES 1 – X inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-01588-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, AND COWLEY AND COMPANY LAW FIRM TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS (FIRST REQUEST)**<br><br>ECF No 58 |

…

…

1

IT IS HEREBY STIPULATED by and between Defendants LEE A. COWLEY, JOSHUA WOODS, VIVIAN CHEUNG, AMIR A. FAZEL, AMAN WALIA, JACQUI ROSS, ANDREA MOSHER, and COWLEY AND COMPANY LAW FIRM (hereinafter "Defendants") by and through their attorneys of record, JOHN H. COTTON & ASSOCIATES, LTD., and Plaintiffs GARY TOPOLEWSKI and METAL JEANS, INC. (hereinafter "Plaintiffs) by and through their attorneys of record, COOPER LEVENSON, P.A., as follows:

WHEREAS, the Defendants filed a Motion for Attorney's Fees and Costs on November 21, 2016;

WHEREAS, Plaintiffs filed an Opposition to Defendant's Motion on December 7, 2016;

WHEREAS, Defendants' Reply is due on December 17, 2016;

WHEREAS, Defendants respectfully requested an extension of time to file their Reply in Support of Motion for Attorney's Fees and Cost to accommodate Defense counsel's prior travel arrangements, and Plaintiffs graciously agreed;

WHEREAS, no hearing date has been set for this Motion, so the extension will not affect a hearing date;

WHEREAS, all parties stipulate to extend the time for Defendants to file their Reply in Support of Motion for Attorney's Fees until December 23, 2016.

**IT IS SO STIPULATED.**

Dated this this 7th day of December 2016

By: /e/ *Katherine A. Manthei*
JOHN H. COTTON, ESQ.
Nevada Bar Number 5268
KATHERINE A. MANTHEI, ESQ.
Nevada Bar Number: 13717
JOHN H. COTTON & ASSOCIATES, LTD.
7900 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Lee A. Cowley, Joshua Woods, Vivian Cheung, Amir A. Fazel, Aman Walia, Jacqui Ross, Andrea Mosher, and Cowley and Company Law Firm*

Dated this this 7th day of December 2016

By: /e/ *Joel F. Hansen*
JOEL F. HANSEN, ESQ.
Nevada Bar Number 1876
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Plaintiffs Gary Topolewski and Metal Jeans, Inc.*

**IT IS SO ORDERED.**
_____
Jennifer Dorsey, District Judge
12-7-16