# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GARY TOPOLEWSKI, et al.,

        Plaintiff(s),

vs.

PAULA BLYSCHAK, et al.,

        Defendant(s).

Case No. 2:16-cv-01588-JAD-NJK

**ORDER**

Pending before the Court is attorney Joel Hansen's motion to withdraw as counsel for Plaintiff Metal Jeans. Docket No. 102. The Court hereby **SETS** a hearing on that motion for 3:00 p.m. on June 5, 2017, in Courtroom 3B. A corporate representative for Metal Jeans shall appear at the hearing in person, as well as its current counsel and any newly retained counsel. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than May 30, 2017, Mr. Hansen shall serve Metal Jeans with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than June 2, 2017.

Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

Dated: May 26, 2017

                                                                          
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE